```
                                          FILED
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney                    Mark B. Busby
                                    CLERK, U.S. DISTRICT COURT
MARTHA BOERSCH (CABN 126569)       NORTHERN DISTRICT OF CALIFORNIA
Chief, Criminal Division                    OAKLAND

HELEN L. GILBERT (NYBN 4736336)
ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov
    Eric.Cheng@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-70788-AGT |
| Plaintiff, | UNITED STATES' APPLICATION TO UNSEAL COMPLAINT AND [P~~ROPOSED~~] ORDER |
| v. | |
| YUANCE CHEN and LIREN LAI a/k/a "Ryan" Lai, | |
| Defendants, | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the following documents in the above-captioned matter: the criminal complaint and its associated affidavit, the motion for a sealing order, and the sealing order. The FBI has completed the defendants' arrests, and therefore, it is no longer necessary for these documents to be sealed.

DATED: June 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/s/_
HELEN L. GILBERT
ERIC CHENG
Assistant United States Attorneys

### [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the following documents in the above-captioned matter be unsealed: the criminal complaint and its associated affidavit, the motion for a sealing order, and the sealing order.

**IT IS SO ORDERED.**

DATED: 6/30/2025

HONORABLE ALEX G. TSE
United States Magistrate Judge